UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISON

_____

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND, BUILDING & PUBLIC
WORKS LABORERS VACATION FUND and
JOHN J. SCHMITT (in his capacity as trustee),

                Plaintiffs,

v.                                                               Case No. 13-cv-576

TREES ON THE MOVE COMMERCIAL, LLC,

                Defendant.
_____

## ORDER
_____

Upon the Plaintiff Funds' motion, their accompanying affidavit, and upon all files, records, and proceedings herein and heretofore had in the above-entitled action:

**IT IS HEREBY ORDERED** that the above-named Defendant, Trees on the Move Commericial, LLC, by its registered agent, Gary M. McHugh, be and hereby are required to appear in person before the Honorable Lynn Adelman, District Court Judge for the United States District Court for the Eastern District of Wisconsin, in Room 390, Federal Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, on the **27th day of February 2014, at 2:30 o'clock p.m.,** to show cause, if any they have, why they should not be adjudged in and punished for contempt of court for willfully disobeying this Court's injunctive order to submit to an audit of the company's books and records by the Plaintiff Funds' designated auditors covering the period June 1, 2009 through the present.

Dated this 10th day of January, 2014.

                BY THE COURT:

                s/ Lynn Adelman

                _____
                Lynn Adelman
                U. S. District Court Judge